# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00784-CV

### In re David A. Castillo

### T. M. and J. R., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
## NO. 262,252-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of J. R. The subject of this proceeding is David A. Castillo, appellant's attorney.

Appellant filed her notice of appeal on December 11, 2014, and her brief was due January 8, 2015. On January 13, 2015 we ordered counsel to file appellant's brief no later than January 28, 2015. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that David A. Castillo shall appear in person before this Court on Wednesday, February 25, at 9:00 a.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and

have sanctions imposed for his failure to obey our January 13, 2015 order.  This order to show cause will be withdrawn and Castillo will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before February 20, 2015.

It is ordered on February 4, 2015


Before Chief Justice Rose, Justices Goodwin and Field